CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

Dariush G. Adli, SBN 204959
adli@adlilaw.com
Ben Jakovljevic, SBN 301523
Ben.jakovljevic@adlilaw.com
ADLI LAW GROUP, PC
700 South Flower St., Suite 1220
Los Angeles, California 90017
Telephone: (213) 623-6546
Attorneys for Defendant
Kans USA Inc

Jeffrey Bogert, Esq. (Bar No. 132778)
LAW OFFICE OF JEFFREY C. BOGERT
827 Moraga Avenue
Los Angeles. CA 90049
Phone: (424) 293-2272
Email: bogertlaw@outlook.com
Attorneys for Defendant
Caravan Realty, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>           Plaintiff,<br><br>    v.<br><br>N AND H PARTNERS, LLC, a Delaware Limited Liability Company;<br>CARAVAN REALTY, LLC, a California Limited Liability Company;<br>GENESIS ASSETS LLC, a California Limited Liability Company;<br>KANS USA INC, a California Corporation; and Does 1-10,<br><br>           Defendants. | Case No.: 2:20-cv-02635-GW-GJS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 2, 2021      CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: March 2, 2021      ADLI LAW GROUP, PC

By: /s/Marina Manoukian
    Dariush G. Adli
    Marina Manoukian
    Attorneys for Defendants
    Kans USA Inc

Dated: March 2, 2021      LAW OFFICE OF JEFFREY C. BOGERT

By: /s/Jeffrey Bogert
    Jeffrey Bogert
    Attorney for Defendants
    Caravan Realty, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Marina Manoukian, counsel for Kans USA Inc and Jeffrey Bogert counsel for Caravan Realty, LLC, and that I have obtained authorization to affix their electronic signature to this document.

Dated: March 2, 2021          CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff